

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QU FENG, | Case No.:  26-cv-1763-RSH-MSB |
| Petitioner, | |
| v. | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| CHRISTOPHER LAROSE, et al., | |
| Respondents. | [ECF No. 3] |

On March 20, 2026, petitioner Qu Feng filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner also filed an application for a temporary restraining order. ECF No. 3.

Petitioner contends that his immigration detention without a bond hearing has become unduly prolonged in violation of the due process clause. ECF No. 1 ¶ 29. On March 25, 2026, Respondents filed a return stating that given the rulings by courts in this District and the circumstances in this case, "the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 5 at 1.

//

26-cv-1706-RSH-BLM

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Qu Feng before an immigration court within *seven (7) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or issue further declaratory or injunctive relief. To the extent Petitioner seeks to recover attorneys' fees, he must do so by way of a noticed motion pursuant to the Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

In light of this disposition, Petitioner's motion for a temporary restraining order [ECF No. 3] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: March 26, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1706-RSH-BLM